# EXHIBIT M

# COMPARISON OF LOAN NUMBERS IN
# PRIOR ACTIONS, UAMC 2016 ACTION AND EAGLE 2016 ACTION

| Loan Numbers in Prior Actions | Loan Numbers in UAMC 2016 Action | Loan Numbers in Eagle 2016 Action |
|---|---|---|
| 32165128 | 31994916 | 32425829 |
| 32303570 | 32016834 | 32941650 |
| 32800120 | 32023418 | 33400193 |
| 32851180 | 32121295 | 33561523 |
| 32928749 | 32002339 | 32828980 |
| 33081878 | 32137135 | 40632374 |
| 33203159 | 32123564 | 33772575 |
|  | 32150740 |  |
|  | 32165326 |  |
|  | 32169484 |  |
|  | 32171571 |  |
|  | 32175713 |  |
|  | 32216038 |  |
|  | 32394926 |  |
|  | 32429300 |  |
|  | 32445389 |  |
|  | 32481988 |  |
|  | 32564965 |  |
|  | 32565731 |  |
|  | 32566887 |  |
|  | 32574311 |  |
|  | 32620429 |  |
|  | 32650699 |  |
|  | 32660706 |  |
|  | 32692840 |  |
|  | 32731341 |  |
|  | 32750838 |  |
|  | 32761181 |  |
|  | 32761330 |  |
|  | 32766438 |  |
|  | 32769085 |  |
|  | 32800971 |  |
|  | 32834798 |  |
|  | 32865545 |  |
|  | 32879819 |  |
|  | 32932832 |  |
|  | 32952491 |  |
|  | 32960866 |  |
|  | 32963316 |  |
|  | 32979544 |  |
|  | 33036914 |  |
|  | 33041849 |  |

# COMPARISON OF LOAN NUMBERS IN
# PRIOR ACTIONS, UAMC 2016 ACTION AND EAGLE 2016 ACTION

| Loan Numbers in Prior Actions | Loan Numbers in UAMC 2016 Action | Loan Numbers in Eagle 2016 Action |
|---|---|---|
| | 33081753 | |
| | 33096900 | |
| | 33151911 | |
| | 33171661 | |
| | 33176041 | |
| | 33239377 | |
| | 33287459 | |
| | 33291063 | |
| | 33298597 | |
| | 33425448 | |
| | 33425752 | |
| | 33566340 | |
| | 33575408 | |
| | 33671553 | |
| | 33682915 | |
| | 33692070 | |
| | 33705252 | |
| | 40063158 | |
| | 40069544 | |
| | 40070047 | |
| | 40090102 | |
| | 40152308 | |
| | 40205494 | |
| | 40231474 | |
| | 40232753 | |
| | 40298648 | |
| | 40304628 | |
| | 40315160 | |
| | 40509689 | |
| | 40554974 | |
| | 40555302 | |
| | 40617441 | |
| | 40641508 | |

2